IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 16, 2008

Charles R. Fulbruge III
Clerk

No. 07-51405
Summary Calendar

DAVID DONALD DU VALL

     Plaintiff - Appellant

  v.

LOWES COMPANIES INC, a corporation; ROBERT A NIBLOCK, CEO,
Chairman; DENNIS R KNOWLES, Store Operation, South Central;
JEFF DIX, manager, Shoal Creek Warehouse; JOHN DOE I,
assistant manager; CHRIS DOE II, subordinate employee; GARY
HICKS, manager, Ranch Road Warehouse; JOHN DOE III, senior
employee

     Defendants - Appellees

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:07-CV-690

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

---

   [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

For the reasons stated in the district court's order, we affirm the judgment that it lacked personal jurisdiction over Lowe's Companies, Inc. With respect to the argument that the district court should have granted Plaintiff an opportunity for discovery on the issue of personal jurisdiction, we deem that argument waived because Plaintiff never requested any such relief before the district court. See Tex. Commercial Energy v. TXU Energy, Inc., 413 F.3d 503, 510 (5th Cir. 2005) (recognizing that arguments not raised before the district court are waived on appeal). Finally, with respect to the district court's orders dismissing the remaining defendants, we do not have appellate jurisdiction to review those orders because they were not included in the notice of appeal and, indeed, were issued after Plaintiff filed the instant notice of appeal. See Pope v. MCI Telecomm. Corp., 937 F.2d 258, 266 (5th Cir. 1991).

AFFIRMED.